**Order filed April 2, 2020**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00774-CV

———————

### GILCHRIST COMMUNITY ASSOCIATION, Appellant

### V.

### COUNTY OF GALVESTON, TEXAS, Appellee

---

**On Appeal from County Court No. 2**
**Galveston County, Texas**
**Trial Court Cause No. CV-0076026**

---

## ORDER

The court has concluded there is a final appealable judgment in this case and a notice of appeal was timely filed. The appeal was reinstated on March 19, 2020, pursuant to our order of February 13, 2020. Appellant's brief is due April 20, 2020.


PER CURIAM


Panel consists of Justices Bourliot, Zimmerer, and Spain.